Charles W. PALMER, Jr., Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7188.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2003.

### ORDER

Upon consideration of Charles W. Palmer, Jr.'s unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.